UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                          Case No. 23-cr-20101
                                          Hon. Matthew F. Leitman

DAWONE COOK,

    Defendant.

_____/

### ORDER (1) DENYING DEFENDANT'S MOTION TO DISMISS (ECF No. 21) WITHOUT PREJUDICE; (2) DENYING DEFENDANT'S MOTION TO MODIFY BOND CONDITIONS (ECF No. 16) WITHOUT PREJUDICE; AND (3) CONTINUING DEFENDANT'S MOTION TO SUPPRESS (ECF No. 19)

On June 22, 2023, the Court held a hearing on three pending motions: Defendant Dawone Cook's Motion to Dismiss (ECF No. 21); Defendant's Motion to Modify Bond Conditions (ECF No. 16), and Defendant's Motion to Suppress (ECF No. 19). For the reasons explained on the record during that hearing, **IT IS HEREBY ORDERED** as follows:

- Defendant's Motion to Dismiss (ECF No. 21) is **DENIED WITHOUT PREJUDICE**. Defendant may re-file the motion as an as-applied challenge rather than a facial challenge.

- Defendant's Motion to Modify Bond Conditions (ECF No. 16) is **DENIED WITHOUT PREJUDICE** to Defendant's ability to seek a later modification.

1

- Defendant's Motion to Suppress (ECF No. 19) is **CONTINUED**. The parties shall file supplemental briefs in connection with the motion.

**IT IS SO ORDERED.**

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  June 22, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 22, 2023, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126