UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 23-cr-20101
    Hon. Matthew F. Leitman

DAWONE COOK,

    Defendant.
_____/

## ORDER MODIFYING CONDITIONS OF BOND

**IT IS HEREBY ORDERED** that the conditions of Defendant's bond imposing a curfew and requiring him to wear a GPS tether are DELETED and ELIMINATED.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 14, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 14, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126