UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 23-cr-20101
Hon. Matthew F. Leitman

v.

DAWONE COOK,

    Defendant.

_____/

## ORDER DENYING MOTION TO SUPPRESS (ECF #19)

On April 22, 2024, the Court completed the hearing on Defendant's Motion to Suppress (ECF #19). For the reasons explained on the record at the conclusion of the hearing, the motion is **DENIED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 22, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 22, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126